PARKE *vs.* HEATH & M'COTTER.

A *capias tested* out of term may be amended; but if *returnable* out of term, it is void and cannot be amended.

A *bail-bond* taken on an arrest under a *capias* tested out of term is valid, and the defect in the process cannot be taken advantage of by *plea.* The remedy is by *motion* to set aside the process.

DEMURRER to plea. This was an action on a bail-bond. The defendant pleaded that the *capias,* by virtue of which the defendant in the original action was arrested, and under which arrest the bail-bond was given, was *tested* out of term, to wit, on the 10th *June.* The plaintiff demurred.

*J. H. Boyd,* for plaintiff.

*J. R. Smith,* for defendant.

*By the Court,* BRONSON, J. If the *capias* had been *returnable* out of term, it would have been void, and could not be amended. *Miller* v. *Gregory,* 4 *Cowen,* 504. 2 *R. S.* 424, § 3. The same rule was laid down in relation to process *tested* out of term, in *Chandler* v. *Bicknell,* 4 *Cowen,* 49. But the statute already referred to has provided for this case, and mesne process *tested* out of term may now be amended. "The court in which any action shall be pending, shall have power to amend any *process,* pleading or proceeding in such action, *either in form or substance,* for the furtherance of justice, on such terms as shall be just," §1; but " process by which any action shall have been commenced, and on which any defendant shall have been arrested, shall not be amended in the *return* day thereof." § 3. *Chandler* v. *Bicknell* was decided long before the statute was passed, and is no longer applicable. Mesne process *tested* out of term is not now *void,* as it was before, but *voidable* only; and the court will upon proper terms allow it to be amended, whenever that course is requred " for the furtherance of justice."

As the process was voidable only, and not a nullity, the remedy of the defendants was by *motion* to set it aside, and the plea is bad. It sets up a mere question of practice, which cannot in general be pleaded. *Nichols* v. *Nichols*, 9 *Wendell*, 263. Independent of this rule, if the process was not absolutely void, the arrest was legal, and the bail-bond valid.